Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001071
25-FEB-2015
11:46 AM

NO. CAAP-14-0001071

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME
LOANS SERVICING LP, Plaintiff-Appellee v.
SHEN K. FUJIMOTO, Defendant-Appellant and
JOHN DOES 1-50; AND JANE DOES 1-50; DOE PARTNERSHIPS
1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50;
and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0468)

ORDER APPROVING THE FEBRUARY 19, 2015
STIPULATION FOR DISMISSAL
(By: Leonard, J.)[1]

Upon consideration of the stipulation for dismissal of the appeal (**Stipulation**) filed by Shen K. Fujimoto, Defendant-Appellant, through his counsel Frederick J. Arensmeyer, it appears that this appeal has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved pursuant to HRAP Rule 42(a), and the appeal is

---

[1]     Considered by Foley, Presiding Judge, Leonard and Ginoza, JJ.

dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 25, 2015.

FOR THE COURT:

Associate Judge